REGENTS OF the UNIVERSITY OF MINNESOTA, Plaintiff–Appellant,

v.

David J. KAPPOS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent Office, Defendant–Appellee,

and

Aga Medical Corporation, Defendant–Appellee.

No. 2010–1321.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2011.

Kevin D. Conneely, Leonard, Street & Deinard Professional Association, of Minneapolis, Minnesota, argued for plaintiff-appellant. With him on the brief were David D. Axtell, Ruth Rivard and Erik M. Drange. Of counsel were Alexander B. Englehart and Thomas J. Fisher, Oblon, Spivak, McClelland, Maier, of Alexandria, Virginia.

Sydney O. Johnson, Jr., Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for defendant-appellee. With him on the brief were Raymond T. Chen, Solicitor and Mary L. Kelly, Associate Solicitor.

Tara C. Norgard, Carlson Caspers, Vandenburgh & Lindquist, P.A., of Minneapolis, Minnesota, argued for defendant-appellee. With her on the brief was Rabea Jamal Zayed.

Before LOURIE, MAYER, and GAJARSA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**